| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | MATTHEW SCOBLE, Bar #237432 |
| | Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, California  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorney for Defendant
MICHAEL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-11-321-WBS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| MICHAEL HILL, | ) | |
| | ) | Date: February 13, 2012 |
| Defendant. | ) | Time: 9:30 a.m. |
| _____ | ) | Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MICHAEL HILL, that the status conference hearing date of December 5, 2011 be vacated, and the matter be set for status conference on February 13, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The Defendant has an extensive psychiatric and medical history that the Defense needs to explore.  The process of gathering the Defendant's medical records has been competed, and the Defense is now preparing to

have the Defendant evaluated by an expert.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 13, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 29, 2011.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Matthew Scoble
MATTHEW SCOBLE
Designated Counsel for Service
Attorney for MICHAEL HILL

DATED: November 29, 2011.  BENJAMIN WAGNER
United States Attorney

/s/ Matthew Scoble for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the December 5, 2011, status conference hearing be continued to February 13, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The

1  Court finds that the ends of justice to be served by granting a
2  continuance outweigh the best interests of the public and the defendant
3  in a speedy trial.  It is ordered that time up to and including the
4  February 13, 2012 status conference shall be excluded from computation
5  of time within which the trial of this matter must be commenced under
6  the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv)
7  and Local Code T-4, to allow defense counsel reasonable time to
8  prepare.
9  Dated:   November 29, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE