1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   MICHAEL HILL
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,      ) NO. CR.S-11-321-WBS
11                                 )
                  Plaintiff,       )
12                                 ) **STIPULATION AND [PROPOSED] ORDER;**
        v.                         ) **CONTINUING STATUS CONFERENCE**
13                                 ) **AND EXCLUDING TIME**
   MICHAEL HILL,                   )
14                                 ) Date: March 26, 2012
                  Defendant.       ) Time: 9:30 a.m.
15 _____) Judge: Hon. William B. Shubb

16
        IT IS HEREBY STIPULATED by and between the parties hereto through
17
   their respective counsel, KYLE REARDON, Assistant United States
18
   Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for
19
   MICHAEL HILL, that the status conference hearing date of February 13,
20
   2012 be vacated, and the matter be set for status conference on March
21
   26, 2012 at 9:30 a.m.
22
        The reason for this continuance is to allow defense counsel
23
   additional time to review discovery with the defendant, to examine
24
   possible defenses and to continue investigating the facts of the case.
25
   The Defendant has an extensive psychiatric and medical history that the
26
   Defense needs to explore.  The Defense has located a suitable expert to
27
   evaluate the defendant's psychiatric issues.  That evaluation will take
28

place shortly. This continuance should allow the expert the prepare a report and give the Defense sufficient time to review it.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including March 26, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: February 7, 2012.                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender


                                            /s/ Matthew Scoble
                                            MATTHEW SCOBLE
                                            Designated Counsel for Service
                                            Attorney for MICHAEL HILL

DATED: February 7, 2012.                    BENJAMIN WAGNER
                                            United States Attorney


                                            /s/ Matthew Scoble for
                                            KYLE REARDON
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff


## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the February 13, 2012, status conference hearing be continued to March 26, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective

preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 26, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:   February 7, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE