1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | MATTHEW SCOBLE, Bar #237432
Designated Counsel for Service
3 | 801 I Street, 3rd Floor
Sacramento, California 95814
4 | Telephone: (916) 498-5700

5 | Attorney for Defendant
MICHAEL HILL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-11-321-WBS |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER;<br>CONTINUING STATUS CONFERENCE<br>AND EXCLUDING TIME** |
| MICHAEL HILL, | |
| Defendant. | Date: April 30, 2012<br>Time: 9:30 a.m.<br>Judge: Hon. William B. Shubb |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, KYLE REARDON, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MICHAEL HILL, that the status conference hearing date of March 26, 2012 be vacated, and the matter be set for status conference on April 30, 2012 at 9:30 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case. The Defendant has an extensive psychiatric and medical history that the Defense needs to explore. The Defendant has now been evaluated by a psychologist, and the evaluation has been discovered to the government.

Negotiations in the case are on-going.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 30, 2012 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: March 21, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Matthew Scoble
                                          MATTHEW SCOBLE
                                          Designated Counsel for Service
                                          Attorney for MICHAEL HILL


DATED: March 21, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Matthew Scoble for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 26, 2012, status conference hearing be continued to April 30, 2012, at 9:30 a.m. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the

ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the April 30, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  March 21, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE